PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Jack Casey Sisemore    Case Number: 3:06-00144-20

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U. S. District Judge

Date of Original Sentence: August 11, 2008

Original Offense: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Quantity of Heroin

Original Sentence: 57 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: July 1, 2011

Assistant U.S. Attorney: Harold B. McDonough, Jr.    Defense Attorney: Ronald C. Small

**THE COURT ORDERS:**

☒ No Action  *as recommended* 
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 21st day of February, 2014,
and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    February 19, 2014

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

Jack Casey Sisemore was cited for No Driver's License and Simple Possession of Marijuana by the Nashville Metropolitan Police Department, Nashville, Tennessee, on February 16, 2014. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on March 10, 2014, Citation Numbers SC1034796 and 797. According to the affidavit, Mr. Sisemore gave consent to search his vehicle after being stopped for running a red light. The officer stated he could smell an odor of marijuana in which Mr. Sisemore admitted to smoking marijuana one hour earlier. Mr. Sisemore advised the officer where the marijuana was located. The officer found 7 marijuana roaches in a pill bottle and approximately 1 gram of marijuana in another container.

**Compliance with Supervision Conditions and Prior Interventions:**

On February 16, 2014, Mr. Sisemore returned this officer's call and advised he had loaned his truck to his 19 year old son, who had smoked marijuana in his vehicle. Mr. Sisemore denied using marijuana. On February 18, 2014, an urine screen was taken and sent to the lab. Mr. Sisemore stated he smoked marijuana approximately 2 to 3 weeks prior and is in need of treatment. Mr. Sisemore's case is being transferred back from the compliant caseload to the general caseload for further supervision.

Mr. Sisemore is currently employed and resides with his family.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Sisemore be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

**PENDING: The U. S. Attorney's Office has been advised of the offender's noncompliance.**

Approved: _/s/ Vidette Putman_
Vidette Putman
Supervisory U.S. Probation Officer