UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:06-00144-20 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| JACK CASEY SISEMORE | ) | |

## AGREED ORDER AND JUDGMENT

On April 22, 2014, a petition was filed by the United States Probation Office, requesting that the Court modify the conditions of the defendant's supervised release to include a condition that he participate in drug testing and treatment, which may include a 30-day inpatient program followed by up to 90 days in a community correction center at the direction of the probation officer. (D.E. 1045). The Court appoints the Office of the Federal Public Defender to represent the defendant in this matter. The Court finds that the defendant has consented to the proposed modification, after consultation with his appointed counsel, and that the Government and the U.S. Probation Office have all agreed to the modification. Accordingly, the Court MODIFIES the conditions of the defendant's supervised release to add the above stated condition. All other terms and conditions of the defendant's supervised release shall remain in full force and effect.

IT IS SO ORDERED.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge

4-28-14